IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

**RON COMPARATO**                              )
                                                                )
      Plaintiff,                         )
                                                                )
v.                                                              )
                                                                )   Case No. 4:20-cv-01879-JCH
**MOCAP LLC**                                )
et al.                                                        )
      Defendants.                    )

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, and hereby voluntarily dismisses this cause of action with prejudice.  Each party is to pay their own costs.

Respectfully submitted,


PONDER ZIMMERMANN LLC

By_____/s/ Jaclyn Zimmermann_____
     Jaclyn M. Zimmermann, #57814MO
     jmz@ponderzimmermann.com
     Douglas Ponder, #54968MO
     dbp@ponderzimmermann.com
     20 S. Sarah
     St. Louis, MO 63108
     Phone:  314-272-2621
     Fax:  314-272-2713


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served this 14th day of April, 2022, by electronic mail, to all attorneys of record.


__/s/ Jaclyn Zimmermann_____